UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | Case No. 1:25-cv-00981-JLT-EPG<br><br>ORDER GRANTING APPLICATIONS TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF Nos. 2, 9) |

Plaintiff Prince Paul Raymond Williams proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF Nos. 2, 9). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's applications to proceed *in forma pauperis* (ECF Nos. 2, 9) are granted.

IT IS SO ORDERED.

Dated:  **September 9, 2025**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1