UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>Defendants. | Case No. 1:25-cv-00981-JLT-EPG<br><br>ORDER (1) DIRECTING CLERK OF COURT TO SEAL INITIAL COMPLAINT; AND (2) DIRECTING PLAINTIFF TO FILE REDACTED COPY OF INITIAL COMPLAINT<br><br>(ECF No. 1) |

    Plaintiff Prince Paul Raymond Williams is proceeding *pro se* and *in forma pauperis* in this civil action. (ECF Nos. 1, 10, 11). While Plaintiff's operative amended complaint alleges a host of state and Federal violations, his allegations stem from his child support obligations. (ECF No. 11).

    Upon review of the record, the Court notes that Plaintiff's initial complaint, filed August 7, 2025, contains the unredacted names of two minors (ECF No. 1, p. 11). Importantly, under Federal Rule of Civil Procedure 5.2(a)(3), a filing may contain only "the minor's initials."

    Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court shall seal Plaintiff's initial complaint, filed on August 7, 2025 (ECF No. 1).
2. Within 10 days from the entry of this order, Plaintiff shall file a redacted copy of his initial complaint, which shall use only the minors' initials. (ECF No. 1).

3. Plaintiff shall ensure that any future filings use only the minors' initials and shall otherwise follow the redaction requirements of Rule 5.2(a).

4. Plaintiff is advised that failure to comply with this order, or any other court order, may result in sanctions, including the dismissal of this case.

IT IS SO ORDERED.

Dated:   **September 30, 2025**                    /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

2