# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRINCE PAUL RAYMOND WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CHILD SUPPORT SERVICES, *et al.*,<br><br>Defendants. | No. 1:25-cv-00981 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 8) |

On August 22, 2025, the assigned magistrate judge issued findings and recommendations to deny Plaintiff's ex parte application for a temporary restraining order and order to show cause regarding preliminary injunction. (Doc. 8.) The Court served the findings and recommendations on the Plaintiff and notified him that objections were due in 30 days. (*Id*. at 5.) The Court advised him that his "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id*. (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The findings and recommendations issued on August 22, 2025, (Doc. 8), are
   **ADOPTED IN FULL.**
2. Plaintiff's ex parte application for a temporary restraining order and order to show

1

cause regarding preliminary injunction (Doc. 3) is **DENIED**.

IT IS SO ORDERED.

Dated:   **October 10, 2025**

_/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE