# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

PRINCE PAUL RAYMOND WILLIAMS,

Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CHILD SUPPORT SERVICES, *et al.*,

Defendants.

No. 1:25-cv-00981 JLT EPG (PC)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS

(Doc. 15)

On November 18, 2025, the assigned magistrate judge issued findings and recommendations to dismiss this case, without prejudice, for failure to state a claim, failure to comply with court orders, and failure to prosecute this case. (Doc. 15.) The Court served the findings and recommendations on the Plaintiff and notified him that objections were due in 30 days. (*Id.* at 6.) The Court advised him that his "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Plaintiff did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on November 18, 2025, (Doc. 15), are **ADOPTED IN FULL.**

1

2. This case is **DISMISSED**, without prejudice, based on Plaintiff's failure to state a claim, failure to comply with court orders, and failure to prosecute this case.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **January 22, 2026**

UNITED STATES DISTRICT JUDGE